

# IN THE
# TENTH COURT OF APPEALS

### No. 10-15-00342-CR

## IN RE EDWARD S. HODGES, III

### Original Proceeding

---

### ORDER

---

Edward S. Hodges III's Petition for Writ of Mandamus was filed on October 8, 2015. The Court requests a response from the parties to the proceeding. *See* TEX. R. APP. P. 52.8(b). Any response shall be filed with the Clerk of this Court no later than 28 days from the date of this Order.

The Court asks the parties to include in their response briefing on the proper manner for a defendant to obtain a copy of a previously prepared DNA report.

PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Response requested
Order issued and filed October 22, 2015

